## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Baltazar Jiménez, (hereinafter referred to as Affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigations (FBI) and have been since March 2025. I have received basic law enforcement training at the FBI Academy in Quantico, Virginia. I am currently assigned to the FBI's San Juan Field Office, where I am responsible for conducting and/or assisting in public corruption investigations, including related white collar, and financial crimes. My training included instruction on investigative tools and criminal law, such as the development and identification of probable cause to support warrants to obtain electronic data from cell phones and other sources.

2. Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is therefore, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for, the offenses enumerated in Section 2516 of Title 18, United States Code.

3. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they in turn reported to me.

4. Because of this affidavit's limited purpose of establishing probable cause, it does not contain all the facts known to myself or other law enforcement officers about the investigation, but only those necessary to establish probable cause.

## PROBABLE CAUSE

5. On October 17, 2025, FBI searched Daniel García-Martín's residence located at Papayo Ward 99, Road 324, Kilometer 2.5, Lajas, Puerto Rico 00667, and the person of Daniel García-Martín pursuant to federal search warrants.

6. While executing the search warrants, FBI found four firearms inside Daniel García-Martín's residence. FBI found one Bereta 9mm in Daniel García-Martín's master bedroom inside a drawer along with Daniel García-Martín's personal documents. While the Bereta 9mm had an empty magazine and the barrel was clogged, it was still functional and could fire ammunition. Further, three revolver type pistols were also found on the top of the air conditioner in Daniel García-Martín's the master bedroom. Next to the three revolvers were 143 rounds of ammunition.

7. Daniel García-Martín gave voluntary statements to the FBI. First, Daniel García-Martín stated that he lived at the residence with his consensual partner Yolanda Pantoja, but the four firearms belonged to him. Second, Daniel García-Martín stated that he was a convicted felon who served 12 years in prison. Third, Daniel García-Martín stated that he was aware that one of the restrictions from being a former felon was that he was prohibited from possessing a firearm.

8. Yolanda Pantoja, Daniel García-Martín's consensual partner, also gave voluntary statements to the FBI. First, Yolanda Pantoja stated that she lived at the residence with Daniel García-Martín and her bedridden grandfather. Second, Yolanda Pantoja stated that her grandfather does not stay in the master bedroom and that she keeps her belongings in her grandfather's bedroom. Third, Yolanda Pantoja stated that Daniel García-Martín's

belongings are in the master bedroom and the firearms did not belong to her or her grandfather.

9. The FBI conducted database checks that revealed Daniel García-Martín was found guilty of second-degree murder in 1998 which is a crime punishable by a term of imprisonment of more than one year.

10. The investigation further revealed that no firearms and ammunition including these types describe above are manufactured in the commonwealth of Puerto Rico and therefore the investigation conclude that the aforementioned firearms and ammunition had been shipped or transported in interstate or foreign commerce.

## CONCLUSION

11. Based on the above facts, there is probable cause to believe that Daniel García-Martín violated 18 U.S.C. § 922(g)(1) (prohibited person in possession of a firearm and ammunition).

Baltazar Jiménez
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone in San Juan, Puerto Rico on October 17, 2025 at 3:17 PM.

Hon. Marcos E. López
United States Magistrate Judge